IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02213-MJW

RUTH A. TRUJILLO,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,
Social Security Administration,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Unopposed Motion for Withdrawal of Counsel (Docket No. 28) is GRANTED.  Attorney Kirsten Westerland is WITHDRAWN as counsel in for Defendant in this matter.  The Clerk of Court is directed to remove Mr. Westerland from electronic notification.

Date: May 20, 2015